UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ANTHONY S. BERRINGER,

    Plaintiff,

v.

F. MEZA, M. SANDOVAL, E. DELROSARIO and C. LOPEZ,

    Defendants.

No. C 11-1884 PJH (PR)

**ORDER OF DISMISSAL**

This is a pro se civil rights case filed by a state prisoner. The court granted defendants' motion to revoke plaintiff's in forma pauperis ("IFP") status on grounds that three or more of his prior cases had been dismissed as frivolous, malicious, or for failure to state a claim upon which relief could be granted. *See* 28 U.S.C. § 1915(g). Plaintiff was given thirty days to pay the filing fee. He has not done so. This case is **DISMISSED** without prejudice for failure to pay the filing fee.

**IT IS SO ORDERED.**

Dated: March 21, 2012.

                PHYLLIS J. HAMILTON
                United States District Judge

G:\PRO-SE\PJH\CR.11\BERRINGER1884.DSM.wpd